**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MARK DANIEL CROWLEY                                                                       PLAINTIFF
ADC #133058

V.                         NO: 4:12CV00271 JMM/HDY

PATRICK LUNDSFORD *et al.*                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims regarding the conditions of his barracks are DISMISSED WITH PREJUDICE.

2. Plaintiff's claims against Defendants Marvell and Shellnut are DISMISSED WITH PREJUDICE, and Marvell's and Shellnut's names are removed as party Defendants.

3. Plaintiff is allowed to proceed with his claims involving the alleged assault and use of the restraint chair.

DATED this __30__ day of May, 2012.

                                                                   _/s/ James M. Moody_
                                                                  UNITED STATES DISTRICT JUDGE