**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MARK DANIEL CROWLEY                                                                              PLAINTIFF
ADC #133058

V.                                          NO: 4:12CV00271 JMM/HDY

PATRICK LUNDSFORD *et al.*                                                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motions for summary judgment (docket entries #64 & #67) are DENIED.

DATED this 8th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE